EDNY/BKNY
07-md-1844
COGAN
ORENSTEIN

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

IN RE: AIR CRASH NEAR PEIXOTO De
AXEVEDO, BRAZIL, on September 29, 2006

No. 08-3823-cv
Does Not Apply to All Cases

---

LAURA HELENA LESQUEVES, individually and as surviving spouse and as personal representative of the Estate of Eugenio Carlos Lesqueves, deceased, as well as on behalf of all other heirs and next of kin of Eugenio Carlos Lesqueves, deceased,

1:07-cv-03014
Does Not Apply to All Cases

Plaintiff,

v.

EXCELAIRE SERVICES, INC., HONEYWELL INTERNATIONAL, INC., LOCKHEED MARTIN CORPORATION, RAYTHEON COMPANY, and, AMAZON TECHNOLOGIES COMPANY,



Defendants.

---

## STIPULATION OF PARTIAL WITHDRAWAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the following appellant voluntarily dismisses his appeal consolidated in the above captioned appeal, with prejudice:

LAURA HELENA LESQUEVES, individually and as surviving spouse and as personal representative of the Estate of Eugenio Carlos Lesqueves, deceased, as well as on behalf of all other heirs and next of kin of Eugenio Carlos Lesqueves, deceased,

Costs of each party to be borne by their own.

Attorneys for Appellants

_____
James P. Kreindler

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
     DEPUTY CLERK

SO ORDERED
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug 20 2009

**CERTIFIED:**

AUG 21 2009

Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
*Plaintiffs Counsel*

**Attorneys for Appellees**

| *Ann F. Field* (signature)<br>Ann Thornton Field<br>Eric D. Freed<br>Christopher David Brown<br>Thomas R. Harrington<br>COZEN O'CONNOR<br>The Atrium<br>Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2752<br>Fax: (215)701-2452<br>Email: afield@cozen.com | Don G. Rushing<br>Erin M. Bosman<br>Paul Galante<br>MORRISON & FOERSTER, LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130-2040<br>Phone: (858) 720-5100<br>Fax: (858) 720-5125<br>Email: drushing@mofo.com,<br>ebosman@mofo.com |
|---|---|
| James A. Gallagher, Jr.<br>GALLAGHER GOSSEEN FALLER &<br>CROWLEY<br>1010 Franklin Ave., Suite 400<br>Garden City, NY 11530<br>Phone: (516) 742-2550<br>Fax: (516) 742-2516<br>Email: jgallagher@ggfc-law.com | George P. McKeegan<br>McKEEGAN & SHEARER, P.C.
192 Lexington Ave., Suite 701<br>New York, NY 10016<br>Phone: (212) 661-4200<br>Fax: (212) 661-4813<br>Email: gmckeegan@mckeeganlaw.com |

Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
*Plaintiffs Counsel*

**Attorneys for Appellees**

| | |
|---|---|
| Ann Thornton Field<br>Eric D. Freed<br>Christopher David Brown<br>Thomas R. Harrington<br>COZEN O'CONNOR<br>The Atrium<br>Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2752<br>Fax: (215)701-2452<br>Email: afield@cozen.com | Don G. Rushing<br>Erin M. Bosman<br>Paul Galante<br>MORRISON & FOERSTER, LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130-2040<br>Phone: (858) 720-5100<br>Fax: (858) 720-5125<br>Email: drushing@mofo.com,<br>ebosman@mofo.com |
| James A. Gallagher, Jr.<br>GALLAGHER GOSSEEN FALLER &<br>CROWLEY<br>1010 Franklin Ave., Suite 400<br>Garden City, NY 11530<br>Phone: (516) 742-2550<br>Fax: (516) 742-2516<br>Email: jgallagher@ggfc-law.com | George P. McKeegan<br>McKEEGAN & SHEARER, P.C.<br>192 Lexington Ave., Suite 701<br>New York, NY 10016<br>Phone: (212) 661-4200<br>Fax: (212) 661-4813<br>Email: gmckeegan@mckeeganlaw.com |

Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
*Plaintiffs Counsel*

**Attorneys for Appellees**

| | |
|---|---|
| Ann Thornton Field<br>Eric D. Freed<br>Christopher David Brown<br>Thomas R. Harrington<br>COZEN O'CONNOR<br>The Atrium<br>Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2752<br>Fax: (215)701-2452<br>Email: afield@cozen.com | Don G. Rushing<br>Erin M. Bosman<br>Paul Galante<br>MORRISON & FOERSTER, LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130-2040<br>Phone: (858) 720-5100<br>Fax: (858) 720-5125<br>Email: drushing@mofo.com,<br>ebosman@mofo.com |
| James A. Gallagher, Jr.<br>GALLAGHER GOSSEEN FALLER &<br>CROWLEY<br>1010 Franklin Ave., Suite 400<br>Garden City, NY 11530<br>Phone: (516) 742-2550<br>Fax: (516) 742-2516<br>Email: jgallagher@ggfc-law.com | George P. McKeegan<br>McKEEGAN & SHEARER, P.C.<br>192 Lexington Ave., Suite 701<br>New York, NY 10016<br>Phone: (212) 661-4200<br>Fax: (212) 661-4813<br>Email: gmckeegan@mckeeganlaw.com |

Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
*Plaintiffs Counsel*

Attorneys for Appellees

| | |
|---|---|
| Ann Thornton Field<br>Eric D. Freed<br>Christopher David Brown<br>Thomas R. Harrington<br>COZEN O'CONNOR<br>The Atrium<br>Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2752<br>Fax: (215)701-2452<br>Email: afield@cozen.com | Don G. Rushing<br>Erin M. Bosman<br>Paul Galante<br>MORRISON & FOERSTER, LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130-2040<br>Phone: (858) 720-5100<br>Fax: (858) 720-5125<br>Email: drushing@mofo.com,<br>ebosman@mofo.com |
| James A. Gallagher, Jr.<br>GALLAGHER GOSSEEN FALLER &<br>CROWLEY<br>1010 Franklin Ave., Suite 400<br>Garden City, NY 11530<br>Phone: (516) 742-2550<br>Fax: (516) 742-2516<br>Email: jgallagher@ggfc-law.com | *[signature]*<br>George P. McKeegan<br>McKEEGAN & SHEARER, P.C.<br>192 Lexington Ave., Suite 701<br>New York, NY 10016<br>Phone: (212) 661-4200<br>Fax: (212) 661-4813<br>Email: gmckeegan@mckeeganlaw.com |

| | |
|---|---|
| *signature: Randal R. Craft Jr.*<br>Randal R. Craft, Jr.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007<br>Phone: (212) 513-3411<br>Fax: (212) 385-9010<br>Email: randal.craft@hklaw.com,<br>rcraft@hklaw.com | Ralph V. Pagano<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue, 24th Floor<br>New York, NY 10019-6829<br>Phone: (212) 261-8022<br>Fax: (212) 261-8750<br>Email: Ralph.pagano@mendes.com |
| Christopher David Thomas<br>NIXON PEABODY LLP(Rochester)<br>Clinton Square PO Box 31051<br>Rochester, NY 14603<br>(585)263-1087<br>Fax: 866-947-0571<br>Email: cdthomas@nixonpeabody.com | Edwin John U<br>Brant W. Bishop<br>KIRKLAND & ELLIS LLP (Washington)<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC 20005<br>202 879 5059<br>Fax: 202 879 5200<br>Email: eu@kirkland.com |

SO ORDERED: _____

Dated: _____

| | |
|---|---|
| _____<br>Randal R. Craft, Jr.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007<br>Phone: (212) 513-3411<br>Fax: (212) 385-9010<br>Email: randal.craft@hklaw.com,<br>rcraft@hklaw.com | *[signature]*<br>Ralph V. Pagano<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue, 24th Floor<br>New York, NY 10019-6829<br>Phone: (212) 261-8022<br>Fax: (212) 261-8750<br>Email: Ralph.pagano@mendes.com |
| _____<br>Christopher David Thomas<br>NIXON PEABODY LLP(Rochester)<br>Clinton Square PO Box 31051<br>Rochester, NY 14603<br>(585)263-1087<br>Fax: 866-947-0571<br>Email: cdthomas@nixonpeabody.com | _____<br>Edwin John U<br>Brant W. Bishop<br>KIRKLAND & ELLIS LLP (Washington)<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC 20005<br>202 879 5059<br>Fax: 202 879 5200<br>Email: eu@kirkland.com |

SO ORDERED: _____

Dated: _____

| | |
|---|---|
| Randal R. Craft, Jr.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007<br>Phone: (212) 513-3411<br>Fax: (212) 385-9010<br>Email: randal.craft@hklaw.com,<br>rcraft@hklaw.com | Ralph V. Pagano<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue, 24th Floor<br>New York, NY 10019-6829<br>Phone: (212) 261-8022<br>Fax: (212) 261-8750<br>Email: Ralph.pagano@mendes.com |
| *[signature]*<br>Christopher David Thomas<br>NIXON PEABODY LLP(Rochester)<br>Clinton Square PO Box 31051<br>Rochester, NY 14603<br>(585)263-1087<br>Fax: 866-947-0571<br>Email: cdthomas@nixonpeabody.com | Edwin John U<br>Brant W. Bishop<br>KIRKLAND & ELLIS LLP (Washington)<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC 20005<br>202 879 5059<br>Fax: 202 879 5200<br>Email: eu@kirkland.com |

SO ORDERED: _____

Dated: _____

Stipulation of Partial Withdrawal
of Appeal by Certain Plaintiffs
U.S.C.A. - Second Circuit
Case No. 08-3823-cv

| | |
|---|---|
| _____<br>Randal R. Craft, Jr.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007<br>Phone: (212) 513-3411<br>Fax: (212) 385-9010<br>Email: randal.craft@hklaw.com,<br>rcraft@hklaw.com | _____<br>Ralph V. Pagano<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue, 24th Floor<br>New York, NY 10019-6829<br>Phone: (212) 261-8022<br>Fax: (212) 261-8750<br>Email: Ralph.pagano@mendes.com |
| _____<br>Christopher David Thomas<br>NIXON PEABODY LLP(Rochester)<br>Clinton Square PO Box 31051<br>Rochester, NY 14603<br>(585)263-1087<br>Fax: 866-947-0571<br>Email: cdthomas@nixonpeabody.com | *[signature]* for Defendant Raytheon Company<br>_____<br>Edwin John U<br>Brant W. Bishop<br>KIRKLAND & ELLIS LLP (Washington)<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC 20005<br>202 879 5059<br>Fax: 202 879 5200<br>Email: eu@kirkland.com |

SO ORDERED: _____

Dated: _____

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

IN RE: AIR CRASH NEAR PEIXOTO De
AXEVEDO, BRAZIL, on September 29, 2006

No. 08-3823-cv
Does Not Apply to All Cases

---

LAURA HELENA LESQUEVES, individually and
as surviving spouse and as personal representative
of the Estate of Eugenio Carlos Lesqueves,
deceased, as well as on behalf of all other heirs and
next of kin of Eugenio Carlos Lesqueves, deceased,

Plaintiff,

v.

EXCELAIRE SERVICES, INC., HONEYWELL
INTERNATIONAL, INC., LOCKHEED MARTIN
CORPORATION, RAYTHEON COMPANY, and,
AMAZON TECHNOLOGIES COMPANY,

Defendants.

1:07-cv-03014
Does Not Apply to All Cases

---

### PROOF OF SERVICE VIA U.S. MAIL AND ELECTRONIC MAIL

I am a citizen of the United States and employed in New York, New York. I am over the age of eighteen years and not a party to the within entitled action. My business address is 100 Park Avenue, New York, New York 10017.

I am familiar with Kreindler & Kreindler LLP's practice for collection and processing of documents for service via the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the date listed on this Proof of Service.

I am also readily familiar with Kreindler & Kreindler LLP's practice for collection and processing of documents for service via email, and that practice is that the documents are attached to an email and sent to the recipient's email account.

On August 18, 2009 I caused to be served copies of the following documents, via *Electronic Mail* and *U.S. Mail*:

| | |
|---|---|
| Ann Thornton Field<br>Eric D. Freed<br>Christopher David Brown<br>Thomas R. Harrington<br>COZEN O'CONNOR<br>The Atrium<br>Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2752<br>Fax: (215)701-2452<br>Email: afield@cozen.com | Don G. Rushing<br>Erin M. Bosman<br>Paul Galante<br>MORRISON & FOERSTER, LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130-2040<br>Phone: (858) 720-5100<br>Fax: (858) 720-5125<br>Email: drushing@mofo.com, ebosman@mofo.com |
| James A. Gallagher, Jr.<br>GALLAGHER GOSSEEN FALLER & CROWLEY<br>1010 Franklin Ave., Suite 400<br>Garden City, NY 11530<br>Phone: (516) 742-2550<br>Fax: (516) 742-2516<br>Email: jgallagher@ggfc-law.com | George P. McKeegan<br>McKEEGAN & SHEARER, P.C.<br>192 Lexington Ave., Suite 701<br>New York, NY 10016<br>Phone: (212) 661-4200<br>Fax: (212) 661-4813<br>Email: gmckeegan@mckeeganlaw.com |
| Randal R. Craft, Jr.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007<br>Phone: (212) 513-3411<br>Fax: (212) 385-9010<br>Email: randal.craft@hklaw.com, rcraft@hklaw.com | Ralph V. Pagano<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue, 24th Floor<br>New York, NY 10019-6829<br>Phone: (212) 261-8022<br>Fax: (212) 261-8750<br>Email: Ralph.pagano@mendes.com |
| Christopher David Thomas<br>NIXON PEABODY LLP(Rochester)<br>Clinton Square PO Box 31051<br>Rochester, NY 14603<br>(585)263-1087<br>Fax: 866-947-0571<br>Email: cdthomas@nixonpeabody.com | Edwin John U<br>Brant W. Bishop<br>KIRKLAND & ELLIS LLP (Washington)<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC 20005<br>202 879 5059<br>Fax: 202 879 5200<br>Email: eu@kirkland.com |

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on August 18, 2009 at New York, New York.

*Orla M. Brady*

James P. Kreindler
Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
Orla M. Brady
obrady@kreindler.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

IN RE: AIR CRASH NEAR PEIXOTO De AXEVEDO, BRAZIL, on September 29, 2006

No. 08-3823-cv
Does Not Apply to All Cases

---

LAURA HELENA LESQUEVES, individually and as surviving spouse and as personal representative of the Estate of Eugenio Carlos Lesqueves, deceased, as well as on behalf of all other heirs and next of kin of Eugenio Carlos Lesqueves, deceased,

1:07-cv-03014
Does Not Apply to All Cases

Plaintiff,

v.

EXCELAIRE SERVICES, INC., HONEYWELL INTERNATIONAL, INC., LOCKHEED MARTIN CORPORATION, RAYTHEON COMPANY, and, AMAZON TECHNOLOGIES COMPANY,

Defendants.

---

## VIRUS PROTECTION CERTIFICATE

I certify that the PDF documents associated with this filing have been scanned for viruses and that no virus has been detected.

Dated: August 18, 2009

Respectfully submitted,

*[signature]*

James P. Kreindler
Jkreindler@kreindler.com
Daniel O. Rose
drose@kreindler.com
Orla M. Brady
obrady@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
*Plaintiff's Counsel*